UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Arthur Daniel Mayo, | 2:16-cv-00599-JAD-GWF |
| Petitioner | **Order Dismissing and Closing Case** |
| v. | |
| Brian Williams, et al., | |
| Respondents | |

Nevada state prisoner Arthur Daniel Mayo dispatched his habeas petition for filing on March 16, 2016.[1] But Mayo did not pay the $5 filing fee, and he did not submit an application to proceed *in forma pauperis*. I therefore dismiss this case without prejudice to Mayo's ability to bring a new action. Mayo is advised that if he wishes to initiate a new habeas corpus action, he must submit payment of the filing fee or an application to proceed *in forma pauperis* with his new petition.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. The Clerk of the Court is instructed to send petitioner a copy of this order, two copies of the application to proceed *in forma pauperis* for prisoners with instructions. No further filings will be accepted in this case.

The Clerk of the Court is also instructed to CLOSE THIS CASE.

Dated April 12, 2016.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF 1.