UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Arthur Daniel Mayo,<br><br>    Petitioner<br><br>v.<br><br>Jo Gentry, et al.,<br><br>    Respondents | 2:16-cv-00599-JAD-GWF<br><br>**Order Granting Extension of Time**<br><br>[ECF No. 37] |

Respondents were ordered to file an answer to Arthur Mayo's petition for a writ of habeas corpus by November 1, 2017.[1] Respondents now request a 30-day extension, giving them until December 1, 2017, to answer.[2] This is the first request for an extension, and respondents' counsel states that the extension of time is necessary because of her obligations in other cases.[3] I find that the motion is made in good faith, with good cause, and not solely for the purpose of delay.

Accordingly, IT IS HEREBY ORDERED that respondents' motion for an extension of time **[ECF No. 37] is GRANTED**. Respondents have until **December 1, 2017**, to file their answer, and **Mayo will have 60 days from the date of service to file and serve his reply**.

DATED: November 3, 2017.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 36.

[2] ECF No. 37.

[3] *Id.*