# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Arthur Daniel Mayo, <br><br> Petitioner <br><br> v. <br><br> Jo Gentry, et al., <br><br> Respondents | 2:16-cv-00599-JAD-GWF <br><br> **Order Dismissing Case** <br><br> [ECF No. 46] |

Pro se petitioner Arthur Mayo moves to voluntarily dismiss his petition for a writ of habeas corpus.[1] He reasons that it is in his best interest not to pursue this action.[2] Respondents do not oppose the motion. Accordingly, and with good cause appearing, IT IS HEREBY ORDERED that Mayo's motion for voluntary dismissal **[ECF No. 46] is GRANTED**, and his petition for a writ of habeas corpus **[ECF No. 6] is DISMISSED with prejudice.** The **Clerk of Court** is directed to **ENTER JUDGMENT accordingly and CLOSE THIS CASE**.

DATED: February 16, 2018.

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 46.

[2] *Id.*